UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC., a Delaware corporation; and AVAGO TECHNOLOGIES ECBU IP (SINGAPORE) PTE., LTD., a Singapore corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation; and MARSHALL T. DEPUE a/k/a MARK DEPUE, an individual,<br><br>Defendants. | CASE NO. C 08-05268-JF PVT<br><br>[PROPOSED] ORDER PURSUANT TO CIVIL L.R. 6-2 EXTENDING TIME FOR DEFENDANT MICROSOFT CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT |

Pursuant to the parties' stipulation filed with the Court on December 19, 2008, the due date for Defendant Microsoft Corporation to file a response to the Complaint is extended to February 2, 2009.

**IT IS SO ORDERED.**

Dated:  December 31, 2008

_____
THE HONORABLE JEREMY D. FOGEL
United States District Judge

6635138.1

[PROPOSED] ORDER EXTENDING TIME FOR
MICROSOFT TO RESPOND TO COMPLAINT
CASE NO. C 08-05268-JF PVT