1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation; and AVAGO TECHNOLOGIES ECBU IP (SINGAPORE) PTE., LTD., a Singapore corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation; and MARSHALL T. DEPUE a/k/a MARK DEPUE, an individual,<br><br>Defendants. | CASE NO. C 08-05268-JF PVT<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-2 EXTENDING TIME FOR DEFENDANT DEPUE TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs Avago Technologies U.S. Inc. and Avago Technologies ECBU IP (Singapore) Pte., Ltd. (collectively "Plaintiffs"), by and through their undersigned counsel, and Defendant Marshall T. DePue a/k/a Mark DePue, hereby stipulate as follows:

WHEREAS, on November 20, 2008, Plaintiffs filed a Complaint for Violation of the California Uniform Trade Secrets Act, Breach of Contract, and Other Claims ("Complaint");

WHEREAS, on December 13, 2008, Plaintiffs served a copy of the Complaint on Defendant Depue;

WHEREAS, Defendant Depue's response to the Complaint is due on January 2, 2009;

WHEREAS, Defendant Depue requested of Plaintiffs an extension of time until February 2, 2009, to file a response to the Complaint in light of the intervening holidays and the need to investigate the allegations and prepare an appropriate response;

WHEREAS, Plaintiffs agreed to Defendant Depue's requested extension;

1  WHEREAS, there have been no previous time modifications in the case, whether by
2 stipulation or Court order; and
3  WHEREAS, the extension of time until February 2, 2009, does not impact the initial Rule
4 26(f) or case management conference deadlines set by the Court;
5  ACCORDINGLY, the parties agree that the due date for Defendant Depue to file a
6 response to the Complaint is extended to February 2, 2009, and request that the Court order the
7 same.
8  IT IS SO STIPULATED.

9 Dated:  December 31, 2008          MARK T. DEPUE

11                                                    By:*/s/ Mark T. Depue*
                                                            MARK T. DEPUE
                                                            In pro per

13 Dated:  December 31, 2008          IRELL & MANELLA LLP

15                                                    By:*/s/ Samuel K. Lu*
                                                            SAMUEL K. LU
16                                                          Attorneys for Plaintiffs
                                                            AVAGO TECHNOLOGIES U.S., INC., a
17                                                          Delaware corporation; and AVAGO
                                                            TECHNOLOGIES ECBU IP
                                                            (SINGAPORE) PTE., LTD.

19 Dated:  December 31, 2008          MUNGER, TOLLES & OLSON LLP

20                                                    By:*/s/ Carolyn Hoecker Luedtke*
                                                            CAROLYN HOECKER LUEDTKE
21                                                          Attorneys for Defendant
                                                            MICROSOFT CORPORATION

23 //
24 //
25 //
26 //
27 //
28 //

<u>Filer's Attestation:</u>

I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being used to file this **STIPULATION PURSUANT TO CIVIL L.R. 6-2 EXTENDING TIME FOR DEFENDANT DEPUE TO RESPOND TO PLAINTIFFS' COMPLAINT**. In compliance with General Order 45.X.B, I hereby attest that Mark T. Depue and Samuel K. Lu concur in this filing.

By: _____/s/_____
　　　Carolyn Hoecker Luedtke

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~December ___, 2008~~ January 5, 2009

_____
THE HONORABLE JEREMY D. FOGEL
United States District Judge