1  GREGORY P. STONE (SBN 078329)
   *gregory.stone@mto.com*
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
3  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
4  Facsimile:     (213) 687-3702

5  CAROLYN HOECKER LUEDTKE (SBN 207976)
   *carolyn.luedtke@mto.com*
6  MARK R. CONRAD (SBN 255667)
   *mark.conrad@mto.com*
7  MUNGER, TOLLES & OLSON, LLP
   560 Mission Street, Twenty-Seventh Floor
8  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
9  Facsimile:     (415) 512-4077

10 Attorneys for Defendant
   MICROSOFT CORPORATION

11
                    UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE DIVISION
14

15
   AVAGO TECHNOLOGIES U.S. INC., a        CASE NO.  C 08-05268-JF
16 Delaware corporation; and AVAGO
   TECHNOLOGIES ECBU IP                   **STIPULATION PURSUANT TO CIVIL**
17 (SINGAPORE) PTE., LTD., a Singapore    **L.R. 6-2 TO CONTINUE CASE**
   corporation,                           **MANAGEMENT CONFERENCE UNTIL**
18                                        **MAY 1, 2009**
                   Plaintiffs,
19
          vs.
20
   MICROSOFT CORPORATION, a
21 Washington corporation; and MARSHALL
   T. DEPUE a/k/a MARK DEPUE, an
22 individual,

23                 Defendants.

24

25

26

27

28

7465749.2

1        Plaintiffs Avago Technologies U.S. Inc. and Avago Technologies ECBU IP (Singapore)

2    Pte., Ltd. (collectively "Avago"), Defendant Marshall T. DePue a/k/a Mark DePue ("DePue"),

3    and Defendant Microsoft Corporation ("Microsoft"), by and through their undersigned counsel,

4    hereby stipulate as follows:

5        WHEREAS, on November 20, 2008, Avago filed a Complaint for Violation of the

6    California Uniform Trade Secrets Act, Breach of Contract, and Other Claims ("Complaint");

7        WHEREAS, on February 2, 2009, Defendant DePue and Defendant Microsoft each filed

8    an Answer to the Complaint;

9        WHEREAS, an Initial Case Management Conference is scheduled for April 17, 2009,

10   pursuant to N.D. Civil Local Rule 16-2;

11       WHEREAS, the parties' Joint Case Management Statement is due to be filed on April 10,

12   2009, pursuant to N.D. Civil Local Rule 16-9, and Rule 26 initial disclosures are due to be

13   exchanged on April 10, 2009;

14       WHEREAS, counsel for Defendant Microsoft has a scheduling conflict that precludes

15   attendance at the scheduled Initial Case Management Conference on April 17, 2009, which

16   conflict would be resolved by the postponement for two weeks of the Initial Case Management

17   Conference;

18       WHEREAS, the Parties agree that May 1, 2009 at 10:30 a.m. is a mutually agreeable date

19   for a rescheduled Initial Case Management Conference and have confirmed that the date is

20   available for the Court;

21       WHEREAS, the Parties agree that the deadline for the Joint Case Management Statement

22   and the exchange of Rule 26 initial disclosures should likewise be postponed for two weeks, to

23   April 24, 2009, consistent with N.D. Civil Local Rule 16-9;

24       WHEREAS, neither Defendant DePue nor Avago have an objection to a postponement of

25   two weeks to hold the Initial Case Management Conference or to file the Joint Case Management

26   Statement and exchange initial disclosures;

27       WHEREAS, a postponement of two weeks to hold the Initial Case Management

28   Conference would not affect the schedule for the above-captioned case;

- 1 -

1    NOW, THEREFORE, IT IS HEREBY STIPULATED that the Initial Case Management

2  Conference shall be held on Friday, May 1, 2009, at 10:30 a.m., the parties' Joint Case

3  Management Statement shall be filed no later than Friday, April 24, 2009, and the parties' Rule

4  26 initial disclosures shall be exchanged no later than Friday, April 24, 2009.

5    IT IS SO STIPULATED.

6

7  DATED: March 31, 2009                    Munger, Tolles & Olson LLP
                                             GREGORY P. STONE
8                                            CAROLYN HOECKER LUEDTKE
                                             MARK R. CONRAD
9

10
                                             By:_____/s/ Carolyn Hoecker Luedtke_____
11                                               CAROLYN HOECKER LUEDTKE

12                                           Attorneys for Defendant
                                             MICROSOFT CORPORATION
13
   DATED: March 31, 2009                    Littler Mendelson LLP
14                                           JOHN M. SKONBERG
                                             RACHELLE WILLS
15

16
                                             By:_____/s/ John M. Skonberg_____
17                                               JOHN M. SKONBERG

18                                           Attorneys for Defendant
                                             MARSHALL T. DEPUE
19
   DATED: March 31, 2009                    Irell & Manella LLP
20                                           SAMUEL K. LU
                                             DAVID A. SCHWARZ
21                                           JONATHAN R. LANGE

22

23
                                             By:_____/s/ David A. Schwarz_____
24                                               DAVID A. SCHWARZ

25                                           Attorneys for Plaintiffs
                                             AVAGO TECHNOLOGIES U.S. INC. and
26                                           AVAGO TECHNOLOGIES ECBU IP
                                             (SINGAPORE) PTE., LTD.
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Filer's Attestation:

I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being used to file this **STIPULATION PURSUANT TO CIVIL L.R. 6-2 EXTENDING TIME FOR DEFENDANT DEPUE TO RESPOND TO PLAINTIFFS' COMPLAINT**. In compliance with General Order 45.X.B, I hereby attest that John M. Skonberg and David A. Schwarz concur in this filing.

By: _____/s/_____
                    Carolyn Hoecker Luedtke

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

April 2, 2009
Dated: March ___, 2009   _____

THE HONORABLE JEREMY D. FOGEL
United States District Judge

7465749.2

- 3 -

STIPULATION TO CONTINUE CMC
CASE NO. C-08-05268-JF