1  GREGORY P. STONE (SBN 078329)
   gregory.stone@mto.com
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
3  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
4  Facsimile:     (213) 687-3702

5  CAROLYN HOECKER LUEDTKE (SBN 207976)
   carolyn.luedtke@mto.com
6  MARK R. CONRAD (SBN 255667)
   mark.conrad@mto.com
7  MUNGER, TOLLES & OLSON, LLP
   560 Mission Street, Twenty-Seventh Floor
8  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
9  Facsimile:     (415) 512-4077

10 Attorneys for Defendant
   MICROSOFT CORPORATION

**E-Filed 5/13/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC., a Delaware corporation; and AVAGO TECHNOLOGIES ECBU IP (SINGAPORE) PTE., LTD., a Singapore corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation; and MARSHALL T. DEPUE a/k/a MARK DEPUE, an individual,<br><br>Defendants. | CASE NO.  C 08-05268-JF<br>ORDER APPROVING **STIPULATION PURSUANT TO FEDERAL RULE 15(A)(2) AND CIVIL L.R. 6-2 GRANTING DEFENDANTS LEAVE TO AMEND THEIR PLEADINGS** |

1   Plaintiffs Avago Technologies U.S. Inc. and Avago Technologies ECBU IP (Singapore)
2   Pte., Ltd. (collectively "Avago"), Defendant Marshall T. DePue a/k/a Mark DePue ("DePue"),
3   and Defendant Microsoft Corporation ("Microsoft"), by and through their undersigned counsel,
4   hereby stipulate as follows:
5   WHEREAS, on November 20, 2008, Avago filed a Complaint for Violation of the
6   California Uniform Trade Secrets Act, Breach of Contract, and Other Claims ("Complaint");
7   WHEREAS, on February 2, 2009, Defendant DePue and Defendant Microsoft each filed
8   an Answer to the Complaint;
9   WHEREAS, Defendants wish to amend their Answers to assert an affirmative defense that
10  certain of the causes of action asserted by Avago are preempted by the California Uniform Trade
11  Secrets Act;
12  WHEREAS, Defendants filed a Notice of Motion and Motion for Leave to Amend Their
13  Answers Under Rule 15(A)(2);
14  WHEREAS, Avago has does not object to the filing of First Amended Answers by
15  Defendant Microsoft and Defendant DePue for the purpose of asserting this additional affirmative
16  defense and therefore does not intend to file an opposition to Defendants' motion;
17  WHEREAS, Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its
18  initial pleading at any time with the consent of opposing parties;
19  NOW, THEREFORE, IT IS HEREBY STIPULATED that Defendant Microsoft and
20  Defendant DePue hereby WITHDRAW their Notice of Motion and Motion for Leave to Amend
21  Their Answers Under Rule 15(A)(2);
22  //
23  //
24  //
25  //
26  //
27  //
28  //

7721850.3 - 1 - STIPULATION GRANTING DEFENDANTS LEAVE TO AMEND THE PLEADINGS UNDER RULE 15(A)(2); CASE NO. C-08-05268-JF

1    IT IS FURTHER HEREBY STIPULATED that Defendant Microsoft and Defendant
DePue each shall be granted leave to file a First Amended Answer asserting the affirmative
defense of preemption, which pleading shall be filed not later than May 22, 2009.

IT IS SO STIPULATED.

DATED: May 12, 2009               Munger, Tolles & Olson LLP
                                      GREGORY P. STONE
                                      CAROLYN HOECKER LUEDTKE
                                      MARK R. CONRAD


                                  By:        */s/ Mark R. Conrad*
                                           MARK R. CONRAD

                                  Attorneys for Defendant
                                  MICROSOFT CORPORATION

DATED: May 12, 2009               Littler Mendelson LLP
                                      JOHN M. SKONBERG
                                      RACHELLE WILLS


                                  By:        */s/ John M. Skonberg*
                                           JOHN M. SKONBERG

                                  Attorneys for Defendant
                                  MARSHALL T. DEPUE

DATED: May 12, 2009               Irell & Manella LLP
                                      SAMUEL K. LU
                                      DAVID A. SCHWARZ
                                      JONATHAN R. LANGE


                                  By:        */s/ David A. Schwarz*
                                           DAVID A. SCHWARZ

                                  Attorneys for Plaintiffs
                                  AVAGO TECHNOLOGIES U.S. INC. and
                                  AVAGO TECHNOLOGIES ECBU IP
                                  (SINGAPORE) PTE., LTD.

<u>Filer's Attestation:</u>

I, Mark R. Conrad, am the ECF user whose identification and password are being used to file this **STIPULATION PURSUANT TO FEDERAL RULE 15(A)(2) AND CIVIL L.R. 6-2 GRANTING DEFENDANTS LEAVE TO AMEND THEIR PLEADINGS**. In compliance with General Order 45.X.B, I hereby attest that John M. Skonberg and David A. Schwarz concur in this filing.

By: _____*/s/ Mark R. Conrad*_____
      Mark R. Conrad

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 13, 2009

_____
THE HONORABLE JEREMY D. FOGEL
United States District Judge

7721850.3     - 3 -     STIPULATION GRANTING DEFENDANTS LEAVE TO AMEND THE PLEADINGS UNDER RULE 15(A)(2); CASE NO. C-08-05268-JF