(See signature page for counsel)

**E-Filed 5/13/09**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC., a Delaware corporation; and AVAGO TECHNOLOGIES ECBU IP (SINGAPORE) PTE., LTD., a Singapore corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation; and MARSHALL T. DEPUE a/k/a MARK DEPUE, an individual,<br><br>Defendants. | Case No. C 08-05268-JF (PVT)<br><br>[~~PROPOSED~~] CASE MANAGEMENT ORDER<br><br>Date: May 1, 2009<br>Time: 9:00 a.m.<br>Dept: Courtroom 3<br><br>The Honorable Jeremy Fogel |

1  Following a Case Management Conference on May 1, 2009, at which counsel
2  for all parties in the above-captioned litigation appeared, the Court set a trial date of
3  August 13, 2010, and directed counsel to meet and confer on the other pretrial dates.
4  The parties have done so, through their respective counsel, and, subject to the
5  approval of the Court, propose the following pretrial schedule for this case:

| | |
|---|---|
| Fact Discovery Cut-Off | April 2, 2010 |
| Designations of Experts | April 9, 2010 |
| Designations of any Rebuttal Experts | April 30, 2010 |
| Expert Discovery Cut-Off | May 14, 2010 |
| Last Day to File Dispositive Motions | May 21, 2010 |
| Last Day to Hear Dispositive Motions | June 25, 2010, at 9:00 a.m. |
| Pre-Trial Conference | July 30, 2010, at 11:00 a.m. |
| Trial | August 13, 2010, at 1:30 p.m. |

IT IS SO ORDERED.

Dated:  May ~~12~~ 13, 2009         _____
                                    THE HONORABLE JEREMY D. FOGEL
                                    United States District Judge

Submitted by:

[PROPOSED] CASE MANAGEMENT ORDER
CASE NO. C 08-05268-JF (PVT)                - 1 -

| | | |
|---|---|---|
| 1 | Dated: May 12, 2009 | IRELL & MANELLA LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  */s/ David A. Schwarz* |
| 5 | | David A. Schwarz |
| 6 | | Attorneys for Plaintiffs |
| 7 | | Avago Technologies U.S. Inc. and Avago Technologies ECBU IP |
| 8 | | (Singapore) Pte., Ltd. |

Dated: May 12, 2009                                     MUNGER, TOLLES & OLSON LLP

By:  */s/ Carolyn Hoecker Luedtke*
Carolyn Hoecker Luedtke

Attorneys for Defendant
Microsoft Corporation

Dated: May __, 2009                                     LITTLER MENDELSON

By:  */s/ John M. Skonberg*
John M. Skonberg

Attorneys for Defendant
Marshall T. DePue

[PROPOSED] CASE MANAGEMENT ORDER
CASE NO. C 08-05268-JF (PVT)                            - 2 -

<u>Filer's Attestation:</u>

I, Mark R. Conrad, am the ECF user whose identification and password are being used to file this **[PROPOSED] CASE MANAGEMENT ORDER**. In compliance with General Order 45.X.B, I hereby attest that David A. Schwarz, Carolyn Hoecker Luedtke, and John M. Skonberg concur in this filing.

By:  */s/ Mark R. Conrad*
            Mark R. Conrad